JOHN A. WHITESIDES, ESQ., SBN 125611
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants MARTHA SHAVER (aka MARTHA SHERWIN) and COUNTY OF AMADOR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN KOLSTAD, et al., | Case No.: 13-cv-01279 WBS-EFB |
| Plaintiffs, | |
| vs. | **STIPULATION TO CONTINUE DATES FOR SCHEDULING CONFERENCE AND JOINT STATUS REPORT; [~~PROPOSED~~] ORDER THEREON** |
| COUNTY OF AMADOR, et al., | |
| Defendants. | |

Because Defendants' motion to dismiss, dkt. # 8, is under submission and its outcome will substantially impact or moot the scheduling of discovery, further motions, and trial, the parties stipulate to continue the scheduling conference, currently set for November 25, 2013, to January 21, 2014, as well as to continue to January 7, 2014 the corresponding deadline for submission of counsel's joint report.

Dated:  November 8, 2013                WATTS LAW OFFICES

                                        */s/ Douglas E. Watts*
                                        By:_____
                                             DOUGLAS E. WATTS
                                             Attorneys for Plaintiffs

Dated:  November 8, 2013                    ANGELO, KILDAY & KILDUFF, LLP

                                            */s/ John A. Whitesides*
                                         By:_____
                                            JOHN A. WHITESIDES
                                            Attorneys for Defendants
                                            MARTHA SHAVER (aka MARTHA
                                            SHERWIN) and COUNTY OF
                                            AMADOR

## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the scheduling conference set for November 25, 2013 be vacated and continued to January 21, 2014 at 2:00 p.m. The deadline for submission of counsels' joint scheduling report shall likewise be changed to January 7, 2014.

Dated:  November 12, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-
**STIPULATION TO CONTINUE DATES FOR SCHEDULING CONFERENCE AND JOINT STATUS REPORT; [PROPOSED] ORDER THEREON**