JOHN A. WHITESIDES, ESQ., SBN 125611
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants MARTHA SHAVER (aka MARTHA SHERWIN) and COUNTY OF AMADOR

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN KOLSTAD, et al., | Case No.: 13-cv-01279 WBS-EFB |
| Plaintiffs, | |
| vs. | **STIPULATION TO CONTINUE DATES FOR SCHEDULING CONFERENCE AND JOINT STATUS REPORT; [PROPOSED] ORDER THEREON** |
| COUNTY OF AMADOR, et al., | |
| Defendants. | |

Because Defendants' motion to dismiss, dkt. # 8, is under submission and its outcome will substantially impact or moot the scheduling of discovery, further motions, and trial, the parties stipulate to continue the scheduling conference, currently set for November 25, 2013, to January 21, 2014, as well as to continue to January 7, 2014 the corresponding deadline for submission of counsel's joint report.

Dated:  November 8, 2013                    WATTS LAW OFFICES

                                                     */s/ Douglas E. Watts*
                                             By:_____
                                                     DOUGLAS E. WATTS
                                                     Attorneys for Plaintiffs

-1-
**STIPULATION TO CONTINUE DATES FOR SCHEDULING CONFERENCE AND JOINT STATUS REPORT; [PROPOSED] ORDER THEREON**

1
2   Dated:  November 8, 2013                    ANGELO, KILDAY & KILDUFF, LLP

3                                                      */s/ John A. Whitesides*
                                               By:_____
4                                                  JOHN A. WHITESIDES
5                                                  Attorneys for Defendants
                                                   MARTHA SHAVER (aka MARTHA
6                                                  SHERWIN) and COUNTY OF
                                                    AMADOR
7

8                                      **ORDER**
9
        Good cause appearing therefor, IT IS HEREBY ORDERED that the scheduling
10
    conference set for November 25, 2013 be vacated and continued to January 21, 2014 at 2:00 p.m.
11
    The deadline for submission of counsels' joint scheduling report shall likewise be changed to
12
    January 7, 2014.
13

14   Dated:  November 12, 2013

15                                             _____
                                               WILLIAM B. SHUBB
16                                             UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO CONTINUE DATES FOR SCHEDULING CONFERENCE AND JOINT
STATUS REPORT; [PROPOSED] ORDER THEREON**